UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-HC-2136-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEVIN MICHAEL SHEA, | ) | |
| Respondent. | ) | |

This matter comes before the Court on the United States' motion to file all forensic reports under seal. The motion represents that the respondent does not oppose this motion.

For the reasons stated in the motion it is ALLOWED. Furthermore, pursuant to the Standing Order dated August 4, 2010, and to protect the privacy of the respondent, it is Ordered that all psychological or psychiatric documents in this case are to be sealed and filed under seal whether such documents are produced by government evaluators, independent examiners appointed by Order of this Court, or other mental health professionals.

This __30__ day of October, 2011.

*[signature]*
TERRENCE W. BOYLE
United States District Judge