IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-HC-2136-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | ORDER FOR MENTAL |
| v. | ) | EXAMINATION |
| | ) | |
| | ) | |
| KEVIN SHEA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter comes before the court upon motion of the petitioner and with the consent of the respondent. For good cause having been shown, the motion is GRANTED. The respondent must submit to a mental examination conducted by Dr. Amy Phenix, a forensic psychologist, at 8:00 a.m. on January 31, 2011. The examination will take place at FCI-Butner.

SO GRANTED AND ORDERED THIS ___26___ DAY OF JANUARY, 2012.

TERRENCE W. BOYLE
United States District Judge