UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-HC-2136-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| | ) | |
| KEVIN MICHAEL SHEA, | ) | |
| | ) | |
| Respondent. | ) | |

For good cause shown, Petitioner's Motion to Seal in the above-captioned case is hereby GRANTED. The Clerk's Office is directed to Seal Petitioner's Memorandum in Support of Motion to Hold Court's Ruling in Abeyance along with Exhibit marked Attorney Eyes Only.

SO ORDERED.

This 30 day of March, 2012.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE